1  PILLSBURY WINTHROP SHAW PITTMAN LLP
   GREG L. JOHNSON 132397
2  AMY L. PIERCE 210539
   RYAN STEPHENSEN 246026
3  400 Capitol Mall, Suite 1700
   Sacramento, CA 95814-4419
4  Telephone: (916) 329-4700
   Facsimile: (916) 441-3583
5
   Attorneys for Defendant
6  FUDENNA BROTHERS, INC.

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10 ─────────────────────────────────
   FAITH TURNAGE,                    )  Case No. C07-01505-EDL
11                                   )
                  Plaintiff,         )
12                                   )  STIPULATION AND [PROPOSED]
         vs.                         )  ORDER TO EXTEND TIME FOR
13                                   )  DEFENDANT FUDENNA
   FUDENNA BROTHERS, INC.; DR.       )  BROTHER'S INC. TO RESPOND
14 VENITA ANTONIA LUE dba            )  TO COMPLAINT
   INTEGRATIVE PSYCHOTHERAPEUTIC     )
15 SERVICES; and DOES 1-25, Inclusive,)
                                     )
16                Defendants.        )
   ─────────────────────────────────

17

18                    **RECITALS**

19   A.   On March 23, 2007, Plaintiff Faith Turnage ("Plaintiff") caused her

20 Complaint to be served on Defendant Fudenna Brothers, Inc. ("Defendant").

21   B.   Defendant's response to Plaintiff's Complaint is currently due on April 12,

22 2007.

23   C.   Defendant has only recently engaged counsel to assist it in responding to

24 Plaintiff's Complaint.

25   G.   To avoid prejudice to Defendant, Plaintiff and Defendant therefore agree to

26 extend the time for Defendant to respond to Plaintiff's Complaint, as set forth below.

27

28  700670601v1                       - 1 -          STIPULATION AND [PROPOSED] ORDER TO
                                                     EXTEND TIME FOR DEFENDANT FUDENNA
                                                     BROTHERS, INC. TO RESPOND TO COMPLAINT
                                                     Case No. C07-01505-EDL

## STIPULATION

Plaintiff Faith Turnage and Defendant Fudenna Brothers, Inc. hereby stipulate that Defendant Fudenna Brothers, Inc. shall have until April 26, 2007, to respond to Plaintiff Faith Turnage's Complaint.

Dated: April 10, 2007

PILLSBURY WINTHROP SHAW PITTMAN LLP
GREG L. JOHNSON
AMY L. PIERCE
RYAN STEPHENSEN
400 Capitol Mall, Suite 1700
Sacramento, CA 95814-4419

By /s/ Amy L. Pierce
Amy L. Pierce
Attorneys for Defendant
FUDENNA BROTHERS, INC.

## DECLARATION PURSUANT TO GENERAL ORDER 45 § X.B

I, AMY L. PIERCE, hereby declare pursuant to General Order 45, § X.B, that I have obtained the concurrence in the filing of this document from each of the other signatories listed below.

I declare under penalty of perjury that the foregoing declaration is true and correct. Executed on April 10, 2007, at Sacramento, California.

/s/ Amy L. Pierce
Amy L. Pierce

Dated: April 10 2007

PAUL L. REIN, ESQ.
LAW OFFICE OF PAUL L. REIN
200 Lakeside Drive, Suite A
Oakland, CA 94612

By _____
Paul L. Rein
Attorney for Plaintiff
FAITH TURNAGE

700670601v1

- 2 -

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR DEFENDANT FUDENNA BROTHERS, INC. TO RESPOND TO COMPLAINT
Case No. C07-01505-EDL

## [PROPOSED] ORDER

Pursuant to the foregoing Stipulation, and good cause appearing,

IT IS HEREBY ORDERED that the Defendant Fudenna Brothers, Inc. shall have until April 26, 2007, to respond to Plaintiff Faith Turnage's Complaint.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: April 12, 2007

Hon. Elizabeth D. Laporte
United States

*IT IS SO ORDERED*
/s/ Elizabeth D. Laporte
Judge Elizabeth D. Laporte