1  PILLSBURY WINTHROP SHAW PITTMAN LLP
   JAMES M. SEFF  #47310
2  AMY L. PIERCE  #210539
   400 Capitol Mall, Suite 1700
3  Sacramento, CA  95814-4419
   Telephone: (916) 329-4700
4  Facsimile:  (916) 441-3583
   Email:   amy.pierce@pillsburylaw.com
5
   Attorneys for Defendant
6  FUDENNA BROS., INC.

7

8                UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10                  SAN FRANCISCO DIVISION

11  _____

12  FAITH TURNAGE,                    )   Case No. C07-01505 EDL
                                      )
13                    Plaintiff,      )
                                      )
14         vs.                        )   STIPULATION AND [PROPOSED] ORDER
                                      )   REGARDING DISMISSAL WITH
15  FUDENNA BROTHERS, INC.; DR. VENITA)   PREJUDICE
    ANTONIA LUE dba INTEGRATIVE       )
16  PSYCHOTHERAPEUTIC SERVICES; and   )
    DOES 1-25, Inclusive,             )
17                                    )
                      Defendants.     )
18  _____ )

19         Plaintiff FAITH TURNAGE, Defendant FUDENNA BROTHERS, INC. (erroneously

20  identified as FUDENNA BROS., INC. and hereinafter "FUDENNA BROTHERS, INC.") and

21  Defendant DR. VENITA ANTONIA LUE DBA INTEGRATIVE PSYCHOTHERAPEUTIC

22  SERVICES through their designated counsel hereby stipulate pursuant to Federal Rule of Civil

23  Procedure 41(a)(1)(A)(ii) that the above-captioned action against Defendants FUDENNA

24  BROTHERS, INC. and VENITA ANTONIA LUE DBA INTEGRATIVE

25  PSYCHOTHERAPEUTIC SERVICES, INC. be and hereby is dismissed in its entirety with

26  prejudice.

27

28

```
 1   Dated:  August 26, 2008              PILLSBURY WINTHROP SHAW PITTMAN LLP
                                          JAMES M. SEFF
 2                                        AMY L. PIERCE
                                          400 Capitol Mall, Suite 1700
 3                                        Sacramento, CA  95814-4419

 4

 5                                        By /s/ Amy L. Pierce
                                                     Amy L. Pierce
 6                                        Attorney for Defendant
                                          FUDENNA BROTHERS, INC.
 7

 8
     Dated:  August 26, 2008              LAW OFFICE OF PAUL L. REIN
 9                                        PAUL L. REIN
                                          JULIE A. OSTIL
10                                        200 Lakeside Drive, Suite A
                                          Oakland CA 94612
11

12
                                          By /s/ Julie A. Ostil
13
                                          Attorneys for Plaintiff
14                                        FAITH TURNAGE

15
     Dated:  August 26, 2008              ROBERT E. THOMPSON
16

17                                        By /s/ Robert E. Thompson

18                                        Attorney for Defendant
                                          VENITA ANTONIA LUE dba INTEGRATIVE
19                                        PSYCHOTHERAPEUTIC SERVICES, INC.

20

21        IT IS HEREBY ORDERED that the above-captioned action against Defendants

22   FUDENNA BROTHERS, INC. (erroneously identified as FUDENNA BROS., INC.) and

23   VENITA ANTONIA LUE DBA INTEGRATIVE PSYCHOTHERAPEUTIC SERVICES, INC.

24   be and hereby is dismissed with prejudice.

25

26   Dated: August 27, 2008.

27                                        UNITED STATES DISTRICT JUDGE
                                                 /s/ Elizabeth D. Laporte
28                                               Judge Elizabeth D. Laporte
```

IT IS SO ORDERED

701235565v1                                                    Case No. C07-01505 EDL
                                                    STIPULATION AND [PROPOSED] ORDER
                                                    REGARDING DISMISSAL WITH PREJUDICE